JOSEPH ARNABOLDI, appellant,

*v.*

GLADYS ARNABOLDI, respondent.

[Decided February 4th, 1929.]

*Mr. Henry Marelli,* for the appellant.

*Mr. Joseph Siff,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bentley, and reported in *101 N. J. Eq. 126.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.